UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

ROBERT DALE HUBERT and
PATRICIA HUBERT,　　　　　　　　　　　Case No. 16-cv-0051-SMY-DGW

　　　　　　Plaintiffs,

v.

A.W. CHESTERTON CO., ET AL.,

　　　　　　Defendants.

## PLAINTIFFS' CONSENT MOTION FOR DISMISSAL AS TO GENERAL ELECTRIC COMPANY

Plaintiffs file this Consent Motion for Dismissal under Federal Rule of Civil Procedure 41(a)(2). Plaintiffs request the dismissal of GENERAL ELECTRIC COMPANY without prejudice.

### I. Introduction

Plaintiffs filed this case on January 15, 2016 against Defendant General Electric Company. General Electric Company is the only defendant in this cause of action.

### II. Motion to Dismiss

Plaintiff moves to dismiss this suit against GENERAL ELECTRIC COMPANY. Defendant consents to the dismissal.

This case is not a class action and a receiver has not been appointed in this case.

This dismissal is without prejudice to the refiling of the same. This dismissal applies to GENERAL ELECTRIC COMPANY.

### III. Prayer

For these reasons, Plaintiff prays that the Consent Motion to Dismiss be granted and that GENERAL ELECTRIC COMPANY be dismissed without prejudice.

                                              Respectfully submitted,

                                              SHRADER & ASSOCIATES, L.L.P.

Dated: June 24, 2016                      By: /s/ ALLYSON M. ROMANI
                                              Allyson M. Romani
                                              IL Bar # 06283868
                                              22A Ginger Creek Parkway
                                              Glen Carbon, IL 62034
                                              (618) 977-5048
                                              (713) 571-9605 Facsimile

                                              ATTORNEYS FOR PLAINTIFF

                                              ARMSTRONG TEASDALE LLP

                                              *By: /s/ Julie Fix Meyer (with consent)*
                                              Raymond R. Fournie      #3126094
                                              Anita M. Kidd             #6229585
                                              Melanie R. King          #6192411
                                              Julie Fix Meyer           #6189064
                                              7700 Forsyth Blvd., Suite 1800
                                              St. Louis, Missouri 63105
                                              314.621.5070
                                              314.621.5065 (facsimile)
                                              rfournie@armstrongteasdale.com
                                              akidd@armstrongteasdale.com
                                              mking@armstrongteasdale.com
                                              jfixmeyer@armstrongteasdale.com

                                              ATTORNEYS FOR DEFENDANT
                                              GENERAL ELECTRIC COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2016, I electronically filed the foregoing and all referenced exhibits with the Clerk of the Court using the CM/ECF system.

    /s/ ALLYSON M. ROMANI
    Allyson M. Romani