### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PATRICIA HUBERT, Individually and as Special Administrator for the Estate of ROBERT HUBERT, deceased, ) ) ) ) | |
| Plaintiff, ) | Case No. 16-CV-51-SMY-PMF |
| vs. ) ) ) | |
| GENERAL ELECTRIC COMPANY, ) ) | |
| Defendants. ) | |

# ORDER

Pending before the Court is Plaintiff's Consent Motion for Dismissal as to General Electric (Doc. 25) wherein the parties move for the dismissal of Defendant General Electric without prejudice under Federal Rule of Civil Procedure 41(a)(2). The Motion is **GRANTED**. As General Electric was the sole defendant named in Plaintiff's Complaint, this case is **DISMISSED without prejudice** and the Clerk of Court is **DIRECTED** to close this case on the Court's docket accordingly. All pending motions are **MOOT**.

IT IS SO ORDERED.

DATED:  June 24, 2016

> s/ Staci M. Yandle
> **STACI M. YANDLE**
> **United States District Judge**